UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN SALAZAR<br><br>    Defendant. | 2:18CR00173-GW-66<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Underlying allegation of commission of a new offense, Corporal Inj. on spouse/cohabitant

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- History/allegations of substance abuse, failure to enter treatment
- Lack of identified bail resources
- Submission to detention

IT IS ORDERED that defendant be detained.

DATED: 6/27/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE